A96A1781. MORGAN v. GUARANTY NATIONAL COMPANIES.
(493 SE2d 736)

Judge Harold R. Banke.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Morgan v. Guaranty Nat. Cos.*, 268 Ga. 343 (489 SE2d 803) (1997), our decision in *Morgan v. Guaranty Nat. Cos.*, 223 Ga. App. 41 (477 SE2d 26) (1996), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Pope, P. J., and Smith, J., concur.*

DECIDED NOVEMBER 7, 1997.

*Murray & Stewart, Larry E. Stewart*, for appellant.
*Hawkins & Parnell, Kevin J. Bahr, Warner S. Fox*, for appellee.